**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**  _____

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __

   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____

   ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  _____

5. **Nature of the foreign proceeding**

   *Check one:*

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☐ Yes

Debtor _____   Case number (*if known*)_____
       Name

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number       Street

_____
P.O. Box

_____
City             State/Province/Region       ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City             State/Province/Region       ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number       Street

_____
P.O. Box

_____
City             State/Province/Region       ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL)  _____

**11. Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

    ❏ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❏ Partnership

    ❏ Other. Specify: _____

❏ Individual

Debtor _____  Case number *(if known)*_____
       Name

| | |
|---|---|
| **12. Why is venue proper in *this district*?** | *Check one:*<br>❑ Debtor's principal place of business or principal assets in the United States are in this district.<br>❑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:<br>_____.<br>❑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>_____. |
| **13. Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>✘ _____    _____<br>   Signature of foreign representative                      Printed name<br><br>Executed on    _____<br>                   MM / DD / YYYY<br><br>✘ _____    _____<br>   Signature of foreign representative                      Printed name<br><br>Executed on    _____<br>                   MM / DD / YYYY |
| **14. Signature of attorney** | ✘ _____ Date _____<br>   Signature of Attorney for foreign representative           MM / DD / YYYY<br><br>_____<br>Printed name<br>_____<br>Firm name<br>_____<br>Number      Street<br>_____   _____<br>City                                         State       ZIP Code<br>_____   _____<br>Contact phone                           Email address<br>_____   _____<br>Bar number                                       State |